## United States Probation and Pretrial Services Office
## Pretrial Services Division
## District of Arizona



☒ FILED    ☐ LODGED

**Apr 12 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

T-**SEALED**

**U. S. A. vs. Joseph Adam Kennedy**
**Docket No. 4:25-CR-00981-RM-MSA-1**
**AUSA: Mary Sue Feldmeier**
**Defense Attorney: Elias Damianakos**

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **BERTHA LAZALDE-RUIZ**, PROBATION OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Joseph Adam Kennedy, who was released by the Honorable Maria S. Aguilera sitting in the Court at Tucson, on the 7th day of March, 2025, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1) **The defendant shall not commit any federal, state, tribal or local crime.**

On April 12, 2025, Pretrial Services was notified by the Clark County Detention Center in Las Vegas, Nevada, that the defendant was booked into custody on misdemeanor charges alleging Fail to Give Appropriate Signal When Required, Domestic Battery, Stalking (two counts), and Driving Under the Influence of Alcohol in case number 25-CR-031017. His initial appearance on these charges is scheduled for April 13, 2025, at 9:00 a.m.

2) **The defendant shall not consume alcohol.**

On April 12, 2025, Pretrial Services was notified by the Clark County Detention Center in Las Vegas, Nevada, that the defendant was booked into custody on misdemeanor charges alleging Fail to Give Appropriate Signal When Required, Domestic Battery, Stalking (two counts), and Driving Under the Influence of Alcohol in case number 25-CR-031017. His initial appearance on these charges is scheduled for April 13, 2025, at 9:00 a.m.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

*/s/ Bertha Ruiz*                                                                April 12, 2025

CC: USMS, AUSA, PTS

Page 2
RE:  Joseph Adam Kennedy
April 12, 2025

Bertha Lazalde-Ruiz                                                                                     Date
U.S. Probation Officer
Pretrial Services Division


**Reviewed by**

*[signature: Sonya Marquez]*                                                                April 12, 2025
Sonya M. Marquez                                                                                  Date
Supervisory U.S. Probation Officer
Pretrial Services Division

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a warrant.  Considered and ordered this 12 day of April, 2025, and ordered filed and made a part of the records in the above case.

*[signature]*

**The Honorable MARIA S. AGUILERA**
**U.S. Magistrate Judge**