**DLF | DAMIANAKOS LAW FIRM, PLLC**
ATTORNEYS & COUNSELORS AT LAW

177 N. Church Ave., Suite 605
Tucson, Arizona 85701
Tel: (520) 222-8270
Fax: (520) 222-8274
Elias Damianakos, Esq.
Email: elias@damianakoslaw.com
State Bar No. 022850
Pima Attorney No. 66047
*Attorney for Defendant Joseph Adam Kennedy*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR25-00981-RM (MSA) |
| Plaintiff, | |
| vs. | **Motion To Continue Detention Hearing** |
| Joseph Adam Kennedy, | |
| Defendant. | |
| | Hon. Maria S. Aguilera |

Defendant Joseph Adam Kennedy, through counsel, requests a continuance of the detention hearing set for May 20, 2021, for one week, to May 27th, 2025 at 9:30 a.m. This request is based on the following:

U.S. Pretrial Services, in coordination with Community Bridges Inc, is in the process of completing a screening of Mr. Kennedy for potential residential treatment. The screening is nearly complete and requires only one additional day beyond May 20, 2025, to finalize.

Assistant United States Attorney Mary Sue Feldmeier has been contacted regarding this request and has no objection to a continuance.

//

RESPECTFULLY SUBMITTED this 16th day of May, 2025.

DAMIANAKOS LAW FIRM, PLLC.

/s/ Elias Damianakos

Elias Damianakos
Attorney for Defendant Joseph Adam Kennedy

Copy delivered electronically this date to:

All ECF Participants